IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-21160 |
| Marla Messenger | : Chapter 7 |
| | : Judge Thomas P. Agresti |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| MidFirst Bank | : Related Document # |
| **Movant,** | : |
| | : |
| No Respondent(s). | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for MidFirst Bank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Stephen R. Franks
    Stephen R. Franks, Esquire (0075345)
    Adam B. Hall (323867)
    Edward H. Cahill (0088985)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    Contact email is amps@manleydeas.com

22-018542_BAZ

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 22-21160 |
| **Marla Messenger** | : | Chapter 7 |
| | : | Judge Thomas P. Agresti |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **MidFirst Bank** | : | Related Document # |
| | : | |
| Movant, | : | |
| | : | |
| **No Respondent(s).** | : | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 27, 2022.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Robert H. Slone, Chapter 7 Trustee, robertslone223@gmail.com

Service by First-Class Mail:
Marla Messenger, 211 Jefferson Ave., Brownsville, PA  15417


EXECUTED ON: June 27, 2022

By: /s/ Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

22-018542_BAZ