Certificate Number: 17572-PAW-DE-036640510

Bankruptcy Case Number: 22-21160



17572-PAW-DE-036640510

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2022, at 4:45 o'clock PM PDT, Marla Messenger completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: June 24, 2022    By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor

**RECEIVED**

JUN 3 0 2022

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA