**Monterey Financial Services**

4095 Avenida De La Plata

Oceanside CA, 92056

$951

12-20-15

**RECEIVED**

JUN 30 2022

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

One Main

PO BOX 1010 EVANSVILLE,
IN 47706

$5,287

1-10-19

**One Main**

PO BOX 1010 EVANSVILLE,
IN 47706

1-6-18

$8,150

**SNYCB/AMER Eagle**

PO BOX 965005 ORLANDO,
FL 32896

2-25-16

$266

**SYNCB/Care Credit**

950 FORRER BLVD KETTERING,
OH 45420

1-21-15

$446

**SYNCB/JCP**

PO BOX 965007 ORLANDO,
FL 32896

$1,276

5-10-15

**SYNCB/Lowes**

PO BOX 965005 ORLANDO, FL 32896

$1,205

8-16-15

**SYNCB/WalMart**

PO BOX 965005 ORLANDO, FL 32896

$2,814

12-12-14

**TBOM/Genesis Retail**

PO BOX 4499 BEAVERTON, OR 97076

$1,800

2-25-18

**TDBankUSA/TargetCred**

PO BOX 673 MINNEAPOLIS, MN 55440

May 24, 2016

$700

**Western Credit Union**

3700 E ALAMEDA AVE DENVER, CO 80209

Sep 02, 2015

$3,800

**Westera Credit Union**

PO BOX 673 MINNEAPOLIS, MN 55440

Aug 31, 2015

$3,800

**WF Bank NA**

PO BOX 14517 DES MOINES, IA 50306

Dec 20, 2014

2,800

**AmeriCollect Inc**

PO BOX 1566 MANITOWOC,
WI 54221

Dec 10, 2019

$65

**Cavalry Portfolio Services**

PO BOX 27288 TEMPE,
AZ 85285

$661

1-4-21

**Choice Recovery**

1105 SCHROCK RD STE 700 COLUMBUS,
OH 43229

Aug 12, 2020

$107

**Choice Recovery**

1105 SCHROCK RD STE 700 COLUMBUS,
OH 43229

Mar 03, 2021

$137

**Choice Recovery**

1105 SCHROCK RD STE 700 COLUMBUS,
OH 43229

Aug 18, 2021

$147

**Credit CollUSA**

16 DISTRIBUTOR DR STE 2 MORGANTOWN,
WV 26501

$108

8-3-20

**Portfolio Recovery Association**

150 CORPORATE BLVD NORFOLK,
VA 23502

Jul 20, 2021

$1,108