FILED
7/5/22 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARLA MESSENGER,  :  Case No. 22-21160-TPA
    *Debtor.*  :
  :  Related to Document No. 15

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the application is:

[X]  **GRANTED**.  Provided, however, that:

(1) If at any time the Debtor, the Trustee or any other interested Party becomes aware of any information suggesting that the grant of a fee waiver in this case was unwarranted, such information shall be brought to the Court's attention;

(2) The Court, whether acting on information received pursuant to Paragraph 1, or on information developed on its own, may revoke the fee waiver and order the Debtor to pay the fee in the future if it determines that the waiver was unwarranted;

(3) The circumstances which may lead to the revocation of the fee waiver include, but are not limited to, abuse of the fee waiver process by the Debtor, non-cooperation by the Debtor, a history of multiple filings by the Debtor without paying the filing fee, and false statements in the fee waiver application or bankruptcy petition; and

(4) If the Trustee determines that this is an asset case, the unpaid filing fee shall be deemed as a fee entitled to priority under 11 U.S.C. § 507(a)(2), and the Trustee shall propose a distribution of assets accordingly.

Date: July 5, 2022

Thomas P. Agresti, Judge
United State Bankruptcy Court

nms

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                    Case No. 22-21160-TPA

Marla Messenger                                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marla Messenger, 1401 Sheridon Ave., Brownsville, PA 15417-1530 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022                                              Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| Stephen Russell Franks | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |

TOTAL: 4