**Form 131**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Marla Messenger**
   Debtor(s)

Bankruptcy Case No.: 22−21160−TPA

Chapter: 7
Docket No.: 23 − 1, 4, 19

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **June 15, 2022** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **June 29, 2022** and failure to meet that deadline would result in the dismissal of the case.

As of **July 11, 2022,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes<br>Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: July 11, 2022

Thomas P. Agresti<br>United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21160-TPA |
| Marla Messenger | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 11, 2022 | Form ID: 131 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marla Messenger, 1401 Sheridon Ave., Brownsville, PA 15417-1530 |
| 15494830 | + | SNYCB/AMER Eagle, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 15494836 | + | TBOM/Genesls Retail, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 15494837 | + | TDBankUSA/TargetCred, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 15494839 | + | Westera Credit Union, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 12 2022 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 12 2022 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2022 00:06:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 12 2022 04:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15494841 | | Email/Text: ebn@americollect.com | Jul 12 2022 00:06:00 | AmeriCollect Inc, PO BOX 1566, MANITOWOC, WI 54221 |
| 15494844 | | Email/Text: bankruptcy@cavps.com | Jul 12 2022 00:06:00 | Cavalry Portfolio Services, PO BOX 27288, TEMPE, AZ 85285 |
| 15494845 | + | Email/Text: bankrupt@choicerecovery.com | Jul 12 2022 00:06:00 | Choice Recovery, 1105 SCHROCK RD STE 700, COLUMBUS, OH 43229-1168 |
| 15494850 | + | EDI: CCUSA.COM | Jul 12 2022 04:08:00 | Credit CollUSA, 16 DISTRIBUTOR DR STE 2, MORGANTOWN, WV 26501-7209 |
| 15494827 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Jul 12 2022 00:06:00 | Monterey Financial Services, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15494828 | + | EDI: AGFINANCE.COM | Jul 12 2022 04:08:00 | One Main, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 15494851 | | EDI: PRA.COM | Jul 12 2022 04:08:00 | Portfolio Recovery Association, 150 CORPORATE BLVD, NORFOLK, VA 23502 |
| 15494834 | + | EDI: RMSC.COM | Jul 12 2022 04:08:00 | SYN CB/Lowes, PO BOX 965005, ORLANDO,FL 32896-5005 |

Case 22-21160-TPA   Doc 24   Filed 07/13/22   Entered 07/14/22 00:24:54   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 11, 2022 | Form ID: 131 | Total Noticed: 22 |

| 15494833 | + EDI: RMSC.COM | Jul 12 2022 04:08:00 | SYNCB/JCP, PO BOX 965007, ORLANDO, FL 32896-5007 |
| --- | --- | --- | --- |
| 15494835 | + EDI: RMSC.COM | Jul 12 2022 04:08:00 | SYNCB/WalMart, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 15494832 | + EDI: RMSC.COM | Jul 12 2022 04:08:00 | SYNCS/Care Credit, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 15491239 | + EDI: RMSC.COM | Jul 12 2022 04:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15494840 | + EDI: WFHOME | Jul 12 2022 04:08:00 | WF Bank NA, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 15494838 | + Email/Text: bankruptcynotify@westerracu.com | Jul 12 2022 00:06:00 | Western Credit Union, 3700 E ALAMEDA AVE, DENVER, CO 80209-3171 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | MIDFIRST BANK |
| 15494847 | *+ | Choice Recovery, 1105 SCHROCK RD STE 700, COLUMBUS, OH 43229-1168 |
| 15494846 | *+ | Choice Recovery, 1105 SCHROCK RD STE 700, COLUMBUS, OH 43229-1168 |
| 15494829 | *+ | One Main, PO BOX 1010, EVANSVILLE, IN 47706-1010 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2022           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| Stephen Russell Franks | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |

TOTAL: 4