UNITED STATES BANKRUPCTY COURT
IN THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: MARLA MESSENGER                                      CASE: 22-21160-TPA

MAILING MATRIX

Midland MTG/Midfirst
999 NW Grand Blvd
Oklahoma City, OK 73118
12/18/14

First National Bank of PA
1 FNB Blvd
Hermitage, PA 16148

Monterey Financial Service
4095 Avenida De La Plata
Oceanside CA, 92056
12/20/15

One Main
PO Box 1010
Evansville, IN 47706
01/10/19

One Main
PO Box 1010
Evansville, IN 47706
01/06/18

SNYCB/AMER Eagle
PO Box 965005
Orlando, FL 32896
02/25/16

SYNCB/Care Credit
950 Forrer Blvd



Kettering, OH 45420
01/21/2015

SYNCB/JCP
PO Box 965007
Orlando, FL 32896
05/10/15

SYNCB/Lowes
PO Box 965007
Orlando, FL 32896
08/16/15

SYNCB/Walmart
PO Box 965007
Orlando, FL 32896
12/12/14


TBOM/Genesis Retail
PO Box 4499
Beaverton, OR 97076
02/25/18

TDBankUSA/TargetCred
PO Box 673
Minneapolis, MN 55440
05/24/16

Western Credit Union
3700 E Alameda Ave
Denver, CO 80209
09/02/15

WF Bank NA
PO Box 14517
Des Moines, IA 50306
12/20/14

AmeriCollect Inc
PO Box 1566
Manitowoc, WI 54221
12/10/19

Cavalry Portfolio Services
PO Box 27288
Tempe, AZ 85285
01/04/21

Choice Recovery
1105 Schrock Rd
STE 700
Columbus, OH 43229
08/12/20

Choice Recovery
1105 Schrock Rd
STE 700
Columbus, OH 43229
03/03/21

Choice Recovery
1105 Schrock Rd
STE 700
Columbus, OH 43229
08/18/21

Credit CollUSA
16 Distributor Dr
STE 2
Morgantown, WV 26501
08/03/20

Portfolio Recovery Association
150 Corporate Blvd
Norfolk, WV 23502
07/20/21

USDA Rural Development
4300 Goddfellow Blvd
St. Louis MO, 63120
08/15/16

Capitol One
PO Box 31293

Salt Lake City, UT 84131
09/11/12

Comenity Bank/Victoria Secret
PO Box 182789
Columbus, OH 43218
06/13/22

Comenity Bank/Petland
PO Box 182789
Columbus, OH 43218
12/20/15

Macys/DSNB
PO Box 8218
Mason, OH 45040
01/01/16


Mariner Finance
8211 Town Center Drive
Nottingham, MD 21236
01/08/16