IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: MARLA MESSENGER        )
    DEBTOR                                )
                                   )
                                   )        Case No. 22-cr-21160 TPA

## DEBTOR'S REQUEST TO NOT DISMISS

    NOW COMES, Marla Messenger, *pro se debtor*, asking this Court to reconsider its dismissal on July 11, 2022.

    Debtor was not in receipt of the order of nonconforming documents until July 12, 2022. Once debtor was aware, the filings were corrected and submitted to this Court. Rather than starting the entire process over, debtor asks this Court to accept the late updated filings as the delay was not do caused by the debtor.

July 17, 2022

                                                           /s/ Marla Messenger
                                                           Marla Messenger
                                                           *pro se debtor*

FILED 2022 JUL 18 P 3:10