# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Marla Messenger |
|---|---|
| CASE NO. | 22-21160-TPA |
| RELATED TO DOCUMENT NO. | Request to Not Dismiss |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Request to Not Dismiss that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

A formal Motion to Vacate Dismissal or Motion to Reconsider Dismissal, along with a Proposed Order, must be filed for relief to be considered.

You must file a formal Motion to Vacate Dismissal or Motion to Reconsider Dismissal, along with a Proposed Order by July 26, 2022, or the case may be closed and require a reopening fee.

**Please attach a copy of this Notice to the front of the Motion that is filed in response to this Notice.**

|  |  |
|---|---|
| July 18, 2022 | By: /s/Melissa Guthrie |
| Date | Deputy Clerk |

#106c-I