# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Marla Messenger |
|---|---|
| CASE NO. | 22-21160-TPA |
| RELATED TO DOCUMENT NO. | Amended Petition and Schedules |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Amended Voluntary Petition and Schedules that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

(1) All amendments must be submitted with the Amendment Cover Sheet, Local Form 6, attached, specifying what is being amended;
(2) All of the documents submitted regarding the Amended Petition and Schedules listed the Debtor's first name as "Maria" instead of "Marla." If this is a typo, please be sure to correct it when resubmitting the documents. If the first name SHOULD be "Maria," a Motion to Amend the Voluntary Petition must be filed with a Proposed Order to have the name corrected in the system.

You must file corrected versions of the amended documents with Local Form 6 attached by JULY 26, 2022.

Failure to meet this deadline may result in the case being closed and reopening fee required.

**Please attach a copy of this Notice to the front of the corrected documents that are filed in response to this Notice.**

|  |  |
|---|---|
| July 18, 2022 | By: /s/Melissa Guthrie |
| Date | Deputy Clerk |

#106c-I