FILED
7/25/22 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| MARLA MESSENGER | : | Case No. 22-21160-TPA |
| *Debtor,* | : | Chapter 7 |
| | : | |
| | : | Related to Document No. 32 |
| MARLA MESSENGER | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| | : | Hearing: July 28, 2022 at 11:00 AM |
| NO RESPONDENT | : | |

### ORDER SCHEDULING HEARING

On July 22, 2022, a **Motion to Reconsider Dismissal of Case** was filed by the Debtor at Doc. No. 32 ("Motion"), therefore,

***AND NOW,*** this **25th** day of **July, 2022**, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) A hearing on the **Motion** (Doc.32) is scheduled for **July 28th, 2022 at 11:00 A.M.** at which time the Debtor, **Marla Messenger,** shall **personally appear,** to be held by the **Zoom Video Conference Application**. The parties must comply with Judge Agresti's **Amended Notice of Temporary Modification of Appearance Procedures**, dated and effective November 21, 2021, which can be found on the Court's website, and continues until further Order, at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. To participate in and to join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you

may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Chambers, at 814-464-9760.

_____
Thomas P. Agresti, Judge  **nms**
United States Bankruptcy Court

Case Administrator to serve:
Marla Messenger
211 Jefferson Ave, Brownsville, PA 15417

-and-

Marla Messenger
1401 Sheridan Ave, Brownsville, PA 15417

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21160-TPA |
| Marla Messenger | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 25, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marla Messenger, 1401 Shereidon Ave, Brownsville, PA 15417-1530 |
| | + | Marla Messenger, 1401 Sheridan Ave, Brownsville, PA 15417-1530 |
| | + | Marla Messenger, 211 Jefferson Ave, Brownsville, PA 15417-2426 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com |
| Stephen Russell Franks | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |

TOTAL: 4