Case 22-21160-TPA    Doc 36    Filed 07/29/22    Entered 07/29/22 14:46:39    Desc Main
Document    Page 1 of 1

FILED
7/29/22 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-21160-TPA |
| | : | | |
| Marla Messenger | : | Chapter: | 7 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 7/28/2022 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**  # 32 Motion to Reconsider Dismissal of Case
*(Debtor to personally appear)*

**APPEARANCES:**
  Debtor: Pro Se (no appearance)
  Trustee: Robert H. Slone (no appearance)

**NOTES:**

**OUTCOME:**  Chambers to issue Order directing the Debtor to file the necessary documents on or before August 4, 2022.

nms