FILED
7/28/22 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MARLA MESSENGER | : | Case No. 22-21160-TPA |
| *Debtor(s)* | : | Chapter 7 |
| | : | Related to Doc. No. 1, 26, 31 |

# **ORDER**

On June 15, 2022, the Debtor filed a Chapter 7 Voluntary Petition which was missing a number of required documents. On June 17, 2022 the Court issued a Notice of Filing Deficiencies (Doc. No. 4), giving a deadline of June 29, 2022 to comply. On June 30, 2022, the Debtor filed a number of documents but not all required documents. On July 1, 2022 the Court issued a Notice of Nonconforming Document (Doc. 19) which itemized the outstanding documents, giving a deadline of July 8, 2022 to comply and stating that "Failure to meet this deadline will result in Case Dismissal. On July 11, 2022, an Order Dismissing the Case (Doc. No. 23) was issued. On July 18, 2022, the Debtor filed a partially completed Petition and a Motion to Reconsider Dismissal of Case. On July 19, 2022, the Court issue yet an additional Notice of Nonconforming Document itemizing the documents required to complete the Petition. A hearing on the Motion was held this date. Therefore,

*AND NOW*, this **28th** day of ***July, 2022***, it is hereby **ORDERED, ADJUDGED and DECREED** that **on or before August 4, 2022,** in order for the Court to consider the Debtor's Motion to Reconsider Dismissal of Case the Debtor must timely file the following documents:

(1) Certificate of Credit Counseling or a Certificate of Exigent
Circumstances;

(2) Schedule G;

(3) Schedule H;

(4) Statement of Financial Affairs;

(5) Summary of Assets and Liabilities;

Failure to timely file the above itemized documents the Debtor's Motion to Reconsider Dismissal will be denied without further notice or hearing.

_____
Thomas P. Agresti, Judge  **nms**
United States Bankruptcy Court


Case Administrator to serve:
    Debtor, via U.S. Mail and email at [mmessenger5311@gmail.com](mailto:mmessenger5311@gmail.com)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21160-TPA |
| Marla Messenger | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marla Messenger, 1401 Shereidon Ave, Brownsville, PA 15417-1530 |
| | + Marla Messenger, 1401 Sheridon Ave, Brownsville, PA 15417-1530 |
| | + Marla Messenger, 211 Jefferson Ave, Brownville, PA 15417-2426 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| Stephen Russell Franks | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |

TOTAL: 4