FILED
8/2/22 5:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: MARLA MESSENGER | : | Bankruptcy No. 22-21160-TPA |
| Debtor | : | |
| | : | Chapter 7 |
| Movant | : | |
| | : | Related to Document No. 32 |
| v. | : | |
| No Respondent | : | |

**PROPOSED ORDER**

And on this ___2nd___ day of ___August___ 2022, after having reviewed debtor's Motion to Vacate Dismissal, this Court grants the motion and the Order dismissing the Debtor's case issued on July 11, 2022 at Docket No. 23 is hereby **VACATED**.

_____ jlm
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-21160-TPA
Marla Messenger Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Aug 02, 2022      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marla Messenger, 1401 Shereidon Ave, Brownsville, PA 15417-1530 |
| 15494830 | + | SNYCB/AMER Eagle, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 15494836 | + | TBOM/Genesls Retail, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 15494837 | + | TDBankUSA/TargetCred, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 15494839 | + | Westera Credit Union, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 02 2022 23:45:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15494841 | | Email/Text: ebn@americollect.com | Aug 02 2022 23:40:00 | AmeriCollect Inc, PO BOX 1566, MANITOWOC, WI 54221 |
| 15494844 | | Email/Text: bankruptcy@cavps.com | Aug 02 2022 23:40:00 | Cavalry Portfolio Services, PO BOX 27288, TEMPE, AZ 85285 |
| 15498951 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2022 23:44:43 | Capitol One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15494845 | + | Email/Text: bankrupt@choicerecovery.com | Aug 02 2022 23:40:00 | Choice Recovery, 1105 SCHROCK RD STE 700, COLUMBUS, OH 43229-1168 |
| 15498953 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2022 23:40:00 | Comenity Bank/Petland, PO Box 182789, Columbus, OH 43218-2789 |
| 15498952 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2022 23:40:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15494850 | + | Email/Text: ccusa@ccuhome.com | Aug 02 2022 23:40:00 | Credit CollUSA, 16 DISTRIBUTOR DR STE 2, MORGANTOWN, WV 26501-7209 |
| 15498954 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 23:55:58 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 15498946 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 02 2022 23:40:00 | First National Bank of PA, 1 FNB Blvd, Hermitage, PA 16148-3363 |
| 15498955 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 02 2022 23:40:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15498944 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 02 2022 23:45:28 | Midland MTG/Midfirst, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 15494827 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Aug 02 2022 23:40:00 | Monterey Financial Services, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15494828 | + | Email/PDF: cbp@onemainfinancial.com | Aug 02 2022 23:44:41 | One Main, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 15494851 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2022 23:45:07 | Portfolio Recovery Association, 150 CORPORATE BLVD, NORFOLK, VA 23502 |

Case 22-21160-TPA  Doc 42  Filed 08/04/22  Entered 08/05/22 00:25:08  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 02, 2022 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15494834 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 23:45:29 | SYN CB/Lowes, PO BOX 965005, ORLANDO,FL 32896-5005 |
| 15498947 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 23:45:29 | SYN CB/Lowes, PO Box 965007, Orlando, FL 32896-5007 |
| 15494833 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 23:45:07 | SYNCB/JCP, PO BOX 965007, ORLANDO,FL 32896-5007 |
| 15494835 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 23:45:07 | SYNCB/WalMart, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 15498948 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 23:45:06 | SYNCB/Walmart, PO Box 965007, Orlando, FL 32896-5007 |
| 15494832 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 23:44:47 | SYNCS/Care Credit, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 15491239 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 23:45:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15498950 | + | Email/Text: sm.rd.so.bkr@usda.gov | Aug 02 2022 23:40:00 | USDA Rural Development, 4300 Goddfellow Blvd, St. Louis MO 63120-1719 |
| 15494840 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 02 2022 23:55:51 | WF Bank NA, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 15494838 | + | Email/Text: bankruptcynotify@westerracu.com | Aug 02 2022 23:40:00 | Western Credit Union, 3700 E ALAMEDA AVE, DENVER, CO 80209-3171 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 15494846 | *+ | Choice Recovery, 1105 SCHROCK RD STE 700, COLUMBUS, OH 43229-1168 |
| 15494847 | *+ | Choice Recovery, 1105 SCHROCK RD STE 700, COLUMBUS, OH 43229-1168 |
| 15494829 | *+ | One Main, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 15498949 | *+ | Western Credit Union, 3700 E Alameda Ave, Denver, CO 80209-3171 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 02, 2022 | Form ID: pdf900 | Total Noticed: 30 |

Brian Nicholas
    on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
    robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com

Stephen Russell Franks
    on behalf of Creditor MIDFIRST BANK amps@manleydeas.com

TOTAL: 4