IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 22-21160-TPA |
| | ) | |
| Marla Messenger, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| First National Bank of Pennsylvania, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Marla Messenger, Debtor; and Robert H. Slone, Chapter 7 Trustee; | ) ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF FIRST NATIONAL BANK OF PENNSYLVANIA FOR RELIEF FROM THE AUTOMATIC STAY AS TO YEAR 2016 BUICK ENCORE MOTOR VEHICLE**

TO THE RESPONDENTS:

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **August 29, 2022** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A ***Zoom Video Conference Hearing*** will be held on **September 8, 2022, at 10:30 a.m.** before Judge Thomas P. Agresti via the ***Zoom Video Conference Applicatio**n* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-in-Charge at 814-464-9760. ***All***

***attorneys and Parties may only appear by Zoom*** and must comply with Judge Agresti's ***Updated Notice of Temporary Modification of Appearance Procedures***, dated and effective November 22, 2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: August 5, 2022

                                                Respectfully submitted,

By:   */s/ David W. Raphael*
        David W. Raphael, Esquire
        Pa. I.D. No. 200598
        raphaeld@fnb-corp.com

        First National Bank of Pennsylvania
        100 Federal Street, 4th Floor
        Pittsburgh, PA 15212
        (412) 465-9718

        Attorney for First National Bank of Pennsylvania