FILED
8/19/22 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-21160-TPA |
| Marla Messenger | : | Chapter: | 7 |
| *Debtor(s).* | : | | |
| | : | Date: | 8/18/2022 |
| | : | Time: | 10:30 |

### PROCEEDING MEMO

**MATTER**  #40 Motion to Extend Time for Credit Counseling
*(Debtor to personally appear)*

**APPEARANCES:**
Marla Messenger: Pro Se
Trustee: Robert H. Slone, Trustee

**NOTES:**
Debtor failed to appear at the case called at 10:54 AM.

**OUTCOME:** #40 . . . DENIED as moot.

*[Signature]*
dak