**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**BANKRUPTCY CLERK OF COURT**
**U.S. COURTHOUSE**
**ROOM B 160**
**17 SOUTH PARK ROW**
**ERIE, PA 16501**

**OFFICIAL BUSINESS**
**PENALTY FOR PRIVATE USE $300**

PITTSBURGH PA 150
PITTSBURGH PA 150
23 JUL 2022 PM 4 L
19 JUL 2022 PM 4 L

neopost
07/19/2022
US POSTAGE $000.57⁰

FIRST-CLASS MAIL

ZIP 16501
041M10260560

RECEIVED
2022 AUG 24 P 12: 49
CLERK
U.S. BANKRUPTCY COURT
ERIE



Marla Messenger
1401 Sheridon Ave.
Brownsville, PA 15417



NIXIE        152    FE 1         0008/22/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 16501116920     *1243-10876-19-43

15417-15NUF
13650111369

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Marla Messenger |
|---|---|
| CASE NO. | 22-21160-TPA |
| RELATED TO DOCUMENT NO. | Amended Petition and Schedules |

NOTICE REGARDING
NONCONFORMING DOCUMENT

The Amended Voluntary Petition and Schedules that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

(1) All amendments must be submitted with the Amendment Cover Sheet, Local Form 6, attached, specifying what is being amended;
(2) All of the documents submitted regarding the Amended Petition and Schedules listed the Debtor's first name as "Maria" instead of "Marla." If this is a typo, please be sure to correct it when resubmitting the documents. If the first name SHOULD be "Maria," a Motion to Amend the Voluntary Petition must be filed with a Proposed Order to have the name corrected in the system.

You must file corrected versions of the amended documents with Local Form 6 attached by JULY 26, 2022.

Failure to meet this deadline may result in the case being closed and reopening fee required.

**Please attach a copy of this Notice to the front of the corrected documents that are filed in response to this Notice.**

|  |  |
|---|---|
| July 18, 2022 | By: /s/Melissa Guthrie |
| Date | Deputy Clerk |

#106c-I

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Marla Messenger |
|---|---|
| CASE NO. | 22-21160-TPA |
| RELATED TO DOCUMENT NO. | Request to Not Dismiss |

NOTICE REGARDING
NONCONFORMING DOCUMENT

The Request to Not Dismiss that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

A formal Motion to Vacate Dismissal or Motion to Reconsider Dismissal, along with a Proposed Order, must be filed for relief to be considered.

You must file a formal Motion to Vacate Dismissal or Motion to Reconsider Dismissal, along with a Proposed Order by July 26, 2022, or the case may be closed and require a reopening fee.

**Please attach a copy of this Notice to the front of the Motion that is filed in response to this Notice.**

|  |  |
|---|---|
| July 18, 2022 | By: /s/Melissa Guthrie |
| Date | Deputy Clerk |

#106c-I