| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Marla Messenger<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–8565 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 7    6/15/22 |
| Case number: | 22–21160–TPA | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Marla Messenger | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1401 Shereidon Ave<br>Brownsville, PA 15417 | |
| 4. | **Debtor's attorney**<br>Name and address | None | Contact phone _____<br>Email: |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601 | Contact phone 724–834–2990<br>Email: robertslone223@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court  5414 U.S. Steel Tower  600 Grant Street  Pittsburgh, PA 15219 | Hours open:  Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.  Contact phone 412–644–2700  Date: 8/22/22 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 19, 2022 at 10:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/18/22** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Marla Messenger  
    Debtor

Case No. 22-21160-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Aug 22, 2022      Form ID: 309A      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marla Messenger, 1401 Shereidon Ave, Brownsville, PA 15417-1530 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | David W. Raphael, First National Bank, 100 Federal Street - 4th Floor, Pittsburgh, PA 15212-5711 |
| tr | + | Robert H. Slone, Trustee, 223 South Maple Avenue, Greensburg, PA 15601-3232 |
| 15494830 | + | SNYCB/AMER Eagle, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 15494836 | + | TBOM/Genesls Retail, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 15494837 | + | TDBankUSA/TargetCred, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 15494839 | + | Westera Credit Union, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: amps@manleydeas.com | Aug 22 2022 23:32:00 | Stephen Russell Franks, Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| smg | | EDI: PENNDEPTREV | Aug 23 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2022 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 23 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2022 23:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Aug 22 2022 23:32:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 22 2022 23:32:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | EDI: RECOVERYCORP.COM | Aug 23 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15494841 | | Email/Text: ebn@americollect.com | Aug 22 2022 23:32:00 | AmeriCollect Inc, PO BOX 1566, MANITOWOC, WI 54221 |
| 15494844 | | Email/Text: bankruptcy@cavps.com | Aug 22 2022 23:32:00 | Cavalry Portfolio Services, PO BOX 27288, TEMPE, AZ 85285 |
| 15498951 | + | EDI: CAPITALONE.COM | Aug 23 2022 03:38:00 | Capitol One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15494845 | + | Email/Text: bankrupt@choicerecovery.com | | |

Case 22-21160-TPA   Doc 53   Filed 08/24/22   Entered 08/25/22 00:23:56   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2022 | Form ID: 309A | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 22 2022 23:32:00 | Choice Recovery, 1105 SCHROCK RD STE 700, COLUMBUS, OH 43229-1168 |
| 15498953 | + | EDI: WFNNB.COM | Aug 23 2022 03:38:00 | Comenity Bank/Petland, PO Box 182789, Columbus, OH 43218-2789 |
| 15498952 | + | EDI: WFNNB.COM | Aug 23 2022 03:38:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15494850 | + | EDI: CCUSA.COM | Aug 23 2022 03:38:00 | Credit CollUSA, 16 DISTRIBUTOR DR STE 2, MORGANTOWN, WV 26501-7209 |
| 15498954 | + | EDI: CITICORP.COM | Aug 23 2022 03:38:00 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 15498946 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 22 2022 23:32:00 | First National Bank of PA, 1 FNB Blvd, Hermitage, PA 16148-3363 |
| 15498955 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 22 2022 23:32:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15498944 | + | EDI: AISMIDFIRST | Aug 23 2022 03:38:00 | Midland MTG/Midfirst, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 15494827 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Aug 22 2022 23:32:00 | Monterey Financial Services, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15494828 | + | EDI: AGFINANCE.COM | Aug 23 2022 03:38:00 | One Main, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 15494851 | | EDI: PRA.COM | Aug 23 2022 03:38:00 | Portfolio Recovery Association, 150 CORPORATE BLVD, NORFOLK, VA 23502 |
| 15494834 | + | EDI: RMSC.COM | Aug 23 2022 03:38:00 | SYN CB/Lowes, PO BOX 965005, ORLANDO,FL 32896-5005 |
| 15498947 | + | EDI: RMSC.COM | Aug 23 2022 03:38:00 | SYN CB/Lowes, PO Box 965007, Orlando, FL 32896-5007 |
| 15494833 | + | EDI: RMSC.COM | Aug 23 2022 03:38:00 | SYNCB/JCP, PO BOX 965007, ORLANDO,FL 32896-5007 |
| 15494835 | + | EDI: RMSC.COM | Aug 23 2022 03:38:00 | SYNCB/WalMart, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 15498948 | + | EDI: RMSC.COM | Aug 23 2022 03:38:00 | SYNCB/Walmart, PO Box 965007, Orlando, FL 32896-5007 |
| 15494832 | + | EDI: RMSC.COM | Aug 23 2022 03:38:00 | SYNCS/Care Credit, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 15491239 | + | EDI: RMSC.COM | Aug 23 2022 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15498950 | + | EDI: USDARHS.COM | Aug 23 2022 03:38:00 | USDA Rural Development, 4300 Goddfellow Blvd, St. Louis MO 63120-1719 |
| 15494840 | + | EDI: WFHOME | Aug 23 2022 03:38:00 | WF Bank NA, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 15494838 | + | Email/Text: bankruptcynotify@westerracu.com | Aug 22 2022 23:32:00 | Western Credit Union, 3700 E ALAMEDA AVE, DENVER, CO 80209-3171 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 15494846 | *+ | Choice Recovery, 1105 SCHROCK RD STE 700, COLUMBUS, OH 43229-1168 |
| 15494847 | *+ | Choice Recovery, 1105 SCHROCK RD STE 700, COLUMBUS, OH 43229-1168 |

| | | |
|---|---|---|
| 15494829 | *+ | One Main, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 15498949 | *+ | Western Credit Union, 3700 E Alameda Ave, Denver, CO 80209-3171 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com |
| Stephen Russell Franks | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |

TOTAL: 5