CLERK'S OFFICE
**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF PENNSYLVANIA
5414 US STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICIAL BUSINESS

Marla Messenger
1401 Sheridan Ave
Brownsville, PA 15417



NIXIE        152   7E 1         0208/22/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 15219280564      *1243-03665-25-41

Case 22-21160-TPA    Doc 55    Filed 08/25/22    Entered 08/25/22 11:20:07    Desc Main
Document    Page 2 of 3

FILED
7/25/22 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MARLA MESSENGER<br>*Debtor,* | : | Case No. 22-21160-TPA<br>Chapter 7 |
| | : | |
| | : | Related to Document No. 32 |
| MARLA MESSENGER<br>*Movant,* | : | |
| | : | |
| v. | : | |
| | : | Hearing: July 28, 2022 at 11:00 AM |
| NO RESPONDENT | : | |

## ORDER SCHEDULING HEARING

On July 22, 2022, a ***Motion to Reconsider Dismissal of Case*** was filed by the Debtor at Doc. No. 32 ("Motion"), therefore,

***AND NOW***, this ***25th*** day of ***July, 2022***, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) A hearing on the ***Motion*** (Doc.32) is scheduled for ***July 28th, 2022 at 11:00 A.M.*** at which time the Debtor, ***Marla Messenger,*** shall ***personally appear,*** to be held by the ***Zoom Video Conference Application***. The parties must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective November 21, 2021, which can be found on the Court's website, and continues until further Order, at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. To participate in and to join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you

1

may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Chambers, at 814-464-9760.

*[signature]*
Thomas P. Agresti, Judge  nms
United States Bankruptcy Court

Case Administrator to serve:
Marla Messenger
211 Jefferson Ave, Brownsville, PA 15417

-and-

Marla Messenger
1401 Sheridan Ave, Brownsville, PA 15417