**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-21160** |
| **Marla Messenger** | : | **Chapter 7** |
| | : | **Judge Thomas P. Agresti** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **MidFirst Bank** | : | |
| | : | **Date and Time of Hearing** |
| **Movant,** | : | **September 29, 2022 at 10:30 a.m.** |
| | : | |
| **vs** | : | |
| | : | |
| **Marla Messenger** | : | |
| | : | |
| **Robert H. Slone, Trustee** | : | |
| **Respondents.** | : | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF MIDFIRST BANK FOR RELIEF FROM AUTOMATIC**
**STAY**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than September 17, 2022 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at www.pawb.uscourts.gov/procedures.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

*A Zoom Video Conference Hearing* will be held on September 29, 2022 at 10:30 a.m. before Judge Thomas P. Agresti via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/1602103488, or alternatively, you may use the following: **Meeting ID: 160 2130 3488**. For questions regarding the connection, contract Judge Agresti's Staff Lawyer or Deputy-in-Charge, at 814-464-9760. *All attorneys and Parties may only appear by Zoom* and must comply with Judge

22-018542_EJS1

Agresti's ***Updated Notice of Temporary Modification of Appearance Procedures***, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: _____08/31/2022_____

/s/Stephen R. Franks

Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

22-018542_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 22-21160** |
| **Marla Messenger** : | **Chapter 7** |
| : | **Judge Thomas P. Agresti** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| : | |
| **MidFirst Bank** : | **Date and Time of Hearing** |
| **Movant,** : | **September 29, 2022 at 10:30 a.m.** |
| : | |
| **vs** : | |
| : | |
| **Marla Messenger** : | |
| : | |
| : | |
| **Robert H. Slone, Trustee** : | |
| **Respondents.** : | |

**CERTIFICATE OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE,**
**AND HEARING DATE REGARDING MOTION FOR RELIEF FROM AUTOMATIC**
**STAY**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date)
08/31/2022
.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:
first-class mail and electronic notification
.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: ___08/31/2022_____

By: ___/s/Stephen R. Franks_____
Signature
Stephen R. Franks, Esquire_____
Typed Name

22-018542_EJS1

<u>P.O. Box 165028, Columbus, OH 43216-5028</u>
Address
<u>614-220-5611</u>
Phone No.
<u>0075345</u>
List Bar I.D. and State of Admission

22-018542_EJS1

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Robert H. Slone, Trustee, Chapter 7 Trustee, 223 South Maple Avenue, Greensburg, PA 15601, robertslone223@gmail.com (notified by ecf)

Marla Messenger, Debtor, 1401 Shereidon Ave, Brownsville, PA  15417 (notified by regular US Mail)

22-018542_EJS1