In the United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| IN RE: Marla Messenger | ) Chapter: 7<br>) Bankruptcy No: 22-21160<br>) Account No: 5602<br>) **REQUEST FOR NOTICE** |

    Comes now the United States of America, acting through Rural Housing Service, formerly the Farmers Home Administration, United States Department of Agriculture, a unsecured creditor, requests that any and all notices in the above-captioned case be sent to Rural Housing, at the following address:

United States Department of Agriculture
Natl. Financial & Accounting Operations Center
PO Box 66879
St. Louis, MO  63166

UNITED STATES OF AMERICA  United States Department of Agriculture   Rural Housing Service   Rural Development   Centralized Servicing Center

Date: 08/31/2022

/s/ Shamika Williams
Shamika Williams
Bankruptcy Processor
Customer Service Center - USDA
1-800-349-5097 ext.   5179