# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-21160** |
| **Marla Messenger** | : | **Chapter 7** |
| | : | **Judge Thomas P. Agresti** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **MidFirst Bank** | : | |
| | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **September 29, 2022 at 10:30 a.m.** |
| | : | |
| **Marla Messenger** | : | |
| | : | |
| **Robert H. Slone, Trustee** | : | |
| **Respondents.** | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF MIDFIRST BANK FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 211 JEFFERSON AVE, BROWNSVILLE, PA 15417 (DOCUMENT NO. 58)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay on First Mortgage for Real Property Located at 211 Jefferson Ave, Brownsville, PA 15417 ("Motion") filed on August 31, 2022 at Document No. 58 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 17, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                                  Respectfully submitted,

                                                              /s/Stephen R. Franks

                                                              Stephen R. Franks, Esquire (0075345)

22-018542_EJS1

        Adam B. Hall (323867)
        Edward H. Cahill (0088985)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Stephen R.
        Franks.
        Contact email is srfranks@manleydeas.com

22-018542_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 22-21160 |
| **Marla Messenger** | : Chapter 7 |
| | : Judge Thomas P. Agresti |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * |
| | : |
| **MidFirst Bank** | : |
| | : Date and Time of Hearing |
| **Movant,** | : Place of Hearing |
| **vs** | : September 29, 2022 at 10:30 a.m. |
| | : |
| **Marla Messenger** | : |
| | : |
| **Robert H. Slone, Trustee** | : |
| **Respondents.** | : |

### CERTIFICATE OF SERVICE OF CERTIFICATE OF NO OBJECTION REGARDING MOTION OF MIDFIRST BANK FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 211 JEFFERSON AVE, BROWNSVILLE, PA 15417 (DOCUMENT NO. 58)

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 09/19/2022 .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 09/19/2022

By: /s/Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028

22-018542_EJS1

Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

22-018542_EJS1

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Robert H. Slone, Trustee, Chapter 7 Trustee, 223 South Maple Avenue, Greensburg, PA  15601, robertslone223@gmail.com (notified by ecf)

Marla Messenger, Debtor, 1401 Shereidon Ave, Brownsville, PA  15417 (notified by regular US Mail)

22-018542_EJS1