UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/19/2022 3:18 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:  )
**Marla Messenger**  )
)
) Case No. 22-21160
)
)
)
)
)
)

## NOTICE OF UPDATED ADDRESS

MARLA MESSENGER

OLD/INCORRECT ADDRESS

1401 Shereidon Ave
Brownsville, PA 15417

NEW/CORRECT ADDRESS

211 Jefferson Ave
Brownsville, Pa 15417

PHONE: 724-250-0857

EMAIL: mmessenger5310@gmail.com

DATED: September 19, 2022

*Marla Messenger*
Marla Messenger
pro se