FILED
9/21/22 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 22-21160 |
| Marla Messenger | : | Chapter 7 |
| | : | Judge Thomas P. Agresti |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| MidFirst Bank | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | September 29, 2022 at 10:30 a.m. |
| | : | |
| Marla Messenger | : | Related to Doc. No. 58 |
| | : | |
| Robert H. Slone, Trustee | : | |
| Respondents. | : | |

### ORDER OF THE COURT

AND NOW, to wit, this 21st day of September, 2022, upon consideration of the Motion for Relief from the Automatic Stay on First Mortgage for Real Property Located at 211 Jefferson Ave, Brownsville, PA 15417 filed by MidFirst Bank, it is hereby **ORDERED, ADJUDGED AND DECREED**, that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of the Creditor in and to the property located at 211 Jefferson Ave, Brownsville, PA 15417 and more particularly described in the Mortgage, recorded December 29, 2014 at Instrument Number 201442001.

**IT IS FURTHER ORDERED** that Creditor may take all actions necessary to enforce its rights in the Property under state law. Additionally, the Court orders that the Fed.R.Bankr.P. 4001(a)(3) is waived, and this order is effective immediately.

**IT IS FURTHER ORDERED** that further compliance with Fed.R.Bankr.P. 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay. So long as this Order remains in effect.

Prepared by: Stephen R. Franks

Date: September 21, 2022

_____
JUDGE THOMAS P. AGRESTI
UNITED STATES BANKRUPTCY JUDGE

hms

22-018542_EJS1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21160-TPA |
| Marla Messenger | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marla Messenger, 211 Jefferson Avenue, Brownsville, PA 15417-2426 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Debtor Marla Messenger robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| Stephen Russell Franks | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |

District/off: 0315-2                                   User: auto                                              Page 2 of 2
Date Rcvd: Sep 21, 2022                        Form ID: pdf900                                     Total Noticed: 1
TOTAL: 6