| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Marla Messenger**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8565<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  22–21160–JAD | | |

## Order of Discharge                                                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marla Messenger

12/8/22                                                                                     **By the court:**  Jeffery A. Deller
                                                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21160-JAD |
| Marla Messenger | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 08, 2022 | Form ID: 318 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marla Messenger, 211 Jefferson Avenue, Brownsville, PA 15417-2426 |
| 15494830 | + | SNYCB/AMER Eagle, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 15494836 | + | TBOM/Genesls Retail, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 15494837 | + | TDBankUSA/TargetCred, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 15494839 | + | Westera Credit Union, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 09 2022 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 09 2022 04:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2022 23:41:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 08 2022 23:40:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | EDI: RECOVERYCORP.COM | Dec 09 2022 04:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: USDARHS.COM | Dec 09 2022 04:38:00 | Rural Developement USDA, Centralized Servicing Center, PO Box 66879, St. Louis, MO 63166-6879 |
| 15494841 | | Email/Text: ebn@americollect.com | Dec 08 2022 23:41:00 | AmeriCollect Inc, PO BOX 1566, MANITOWOC, WI 54221 |
| 15494844 | | Email/Text: bankruptcy@cavps.com | Dec 08 2022 23:41:00 | Cavalry Portfolio Services, PO BOX 27288, TEMPE, AZ 85285 |
| 15498951 | + | EDI: CAPITALONE.COM | Dec 09 2022 04:38:00 | Capitol One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15494845 | + | Email/Text: bankrupt@choicerecovery.com | Dec 08 2022 23:40:00 | Choice Recovery, 1105 SCHROCK RD STE 700, COLUMBUS, OH 43229-1168 |
| 15498953 | + | EDI: WFNNB.COM | Dec 09 2022 04:38:00 | Comenity Bank/Petland, PO Box 182789, Columbus, OH 43218-2789 |
| 15498952 | + | EDI: WFNNB.COM | Dec 09 2022 04:38:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15494850 | + | EDI: CCUSA.COM | Dec 09 2022 04:38:00 | Credit CollUSA, 16 DISTRIBUTOR DR STE 2, MORGANTOWN, WV 26501-7209 |
| 15498954 | + | EDI: CITICORP.COM | Dec 09 2022 04:38:00 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 15498946 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 08 2022 23:40:00 | First National Bank of PA, 1 FNB Blvd, Hermitage, PA 16148-3363 |
| 15498955 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 08 2022 23:40:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15498944 | + | EDI: AISMIDFIRST | Dec 09 2022 04:38:00 | Midland MTG/Midfirst, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 15494827 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Dec 08 2022 23:40:00 | Monterey Financial Services, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15494828 | + | EDI: AGFINANCE.COM | Dec 09 2022 04:38:00 | One Main, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 15494851 | | EDI: PRA.COM | Dec 09 2022 04:38:00 | Portfolio Recovery Association, 150 CORPORATE BLVD, NORFOLK, VA 23502 |
| 15494834 | + | EDI: RMSC.COM | Dec 09 2022 04:38:00 | SYN CB/Lowes, PO BOX 965005, ORLANDO,FL 32896-5005 |
| 15498947 | + | EDI: RMSC.COM | Dec 09 2022 04:38:00 | SYN CB/Lowes, PO Box 965007, Orlando, FL 32896-5007 |
| 15494833 | + | EDI: RMSC.COM | Dec 09 2022 04:38:00 | SYNCB/JCP, PO BOX 965007, ORLANDO,FL 32896-5007 |
| 15494835 | + | EDI: RMSC.COM | Dec 09 2022 04:38:00 | SYNCB/WalMart, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 15498948 | + | EDI: RMSC.COM | Dec 09 2022 04:38:00 | SYNCB/Walmart, PO Box 965007, Orlando, FL 32896-5007 |
| 15494832 | + | EDI: RMSC.COM | Dec 09 2022 04:38:00 | SYNCS/Care Credit, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 15491239 | + | EDI: RMSC.COM | Dec 09 2022 04:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15511690 | + | EDI: USDARHS.COM | Dec 09 2022 04:38:00 | USDA RURAL HOUSING SERVICE, CUSTOMER SERVICE CENTER, PO BOX 66879, ST. LOUIS, MO 63166-6879 |
| 15498950 | + | EDI: USDARHS.COM | Dec 09 2022 04:38:00 | USDA Rural Development, 4300 Goddfellow Blvd, St. Louis MO 63120-1719 |
| 15494840 | + | EDI: WFFC2 | Dec 09 2022 04:38:00 | WF Bank NA, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 15494838 | + | Email/Text: bankruptcynotify@westerracu.com | Dec 08 2022 23:41:00 | Western Credit Union, 3700 E ALAMEDA AVE, DENVER, CO 80209-3171 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 15494846 | *+ | Choice Recovery, 1105 SCHROCK RD STE 700, COLUMBUS, OH 43229-1168 |
| 15494847 | *+ | Choice Recovery, 1105 SCHROCK RD STE 700, COLUMBUS, OH 43229-1168 |
| 15494829 | *+ | One Main, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 15498949 | *+ | Western Credit Union, 3700 E Alameda Ave, Denver, CO 80209-3171 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

Case 22-21160-JAD    Doc 74    Filed 12/10/22    Entered 12/11/22 00:24:17    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 08, 2022 | Form ID: 318 | Total Noticed: 35 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Debtor Marla Messenger robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com |
| Stephen Russell Franks | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |

TOTAL: 7